TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN
















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-11-00726-CV
 
 




 

 

Naomi Nicole Tanguma, Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 340th
 District Court OF Tom Green
 COUNTY 
 NO. C-09-0219-CPS,
 The Honorable Jay K. Weatherby, JUDGE
 PRESIDING
 
 




 


 
 
                                                                      O
 R D E R
 PER CURIAM
 Appellant Naomi Nicole Tanguma
 filed her notice of appeal on November 7, 2011.  The appellate record was complete April 9, 2012, making appellant’s
 brief due April 29, 2012. To
 date, appellant’s brief has not been filed. 
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule requires greater
 compliance with briefing deadlines. 
 Therefore we order counsel to file appellant’s brief no later than May 21, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why she should not be held in contempt
 of court.
 It is ordered on May 4, 2012.
 Before
 Justices Chief Justice Jones,
 Justices Pemberton and Rose